IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BILLY LEE BOLES, JR.,           )
                                )
        Plaintiff,               )      1:13CV00489
     v.                          )
                                )
UNITED STATES,                   )
                                )
        Defendant.               )

**EXHIBIT INDEX TO DEFENDANT UNITED STATES' BRIEF IN SUPPORT OF MOTION TO STRIKE EXPERT REPORTS AND EXCLUDE TESTIMONY**

| Exhibit | Description |
|---|---|
| A | Defendant United States' Designation of Retained, Testifying Experts |
| B | Expert Report of Economist Judith Roberts, PhD |
| C | Julie Sawyer-Little Rehabilitation Consultation Report |
| D | Expert Report of Orthopaedic Surgeon Vincent E. Paul, MD |

| Exhibit | Description |
|---|---|
| E | Plaintiff's Designation of Retained, Testifying Experts |
| F | Expert Report of Psychiatrist Richard H. Weisler, MD |
| G | Vargas Vocational Consulting Expert Report |
| H | Expert Report of Economist Gary R. Albrecht, PhD |
| I | Expert Report of Orthopaedic Surgeon Timothy P. Sloand, MD |

| Exhibit | Description |
|---|---|
| J | Excerpts From Plaintiff's Deposition Transcript |